RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Tiburcio Rodriguez-Cortez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TIBURCIO RODRIGUEZ-CORTEZ,<br><br>  Defendant. | Case No. 2:20-mj-00782-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Tiburcio Rodriguez-Cortez, that the Preliminary Hearing currently scheduled on April 20, 2021 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have resolved this case. A change of plea and sentencing date has been set for May 12, 2021.

2. In order to allow the change of plea and sentencing to take place as scheduled, the parties request the preliminary hearing date be continued to a date beyond May 12, 2021.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 15th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIBURCIO RODRIGUEZ-CORTEZ,<br><br>　　　　Defendant. | Case No. 2:20-mj-00782-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 20, 2021, at the hour of 4:00 p.m., is vacated and continued to Friday, May 21, 2021, at the hour of 4:00 p.m., in Courtroom 3C.

　　DATED this 19th day of April, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE